# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Soap Creek Marina, LLC | ) | ASBCA No. 59445 |
| | ) | |
| Under Contract No. DACW21-1-07-5252 | ) | |

APPEARANCES FOR THE APPELLANT: Gary Gerrard, Esq.
Alfred E. Fargione, Esq.
  Lexington, GA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Laura J. Arnett, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Savannah

## ORDER OF DISMISSAL

On 4 December 2015, appellant filed a motion to dismiss this appeal with prejudice. The motion is granted. ASBCA No. 59445 is hereby dismissed with prejudice.

Dated: 18 December 2015

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59445, Appeal of Soap Creek Marina, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals